**Van–205** [AP Notice] (Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**
Arthur Terry Hockaday and Nancy Irene Hockaday
  **Debtor(s)**

**Case No.** 15–71962–JHH7

**Chapter** 7

**AP No.** 16–70011–JHH

Arthur Terry Hockaday
  **Plaintiff(s)**

vs.

Nancy Irene Hockaday
  **Defendant(s)**

## NOTICE

 Notice of Deficient Filing or Incorrect Event: PROBLEM: The filer, Michael R. Lunsford, attorney, has entered the Plaintiff as Arthur Terry Hockaday and the Defendant as Nancy Irene Hockaday when filing the Adversary Proceeding. The Plaintiffs according to the PDF/Compliant should be Mash, Inc., Charles Bordenca and Gregory Horn. Also, the Certificate of Service does not comply with Local Rule 9013–3. (No matrix was attached as stated in the certificate of service.) SOLUTION: The filer, Michael R. Lunsford, attorney, should enter a CORRECTIVE ENTRY stating who are the correct Plaintiff(s) and Defendant(s). An Amended Certificate of Service should be filed complying with LR 9013–3. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)1 Complaint filed by Plaintiff Arthur Terry Hockaday) (pma)

Dated: May 24, 2016

By:

  Joseph E. Bulgarella, Clerk
  United States Bankruptcy Court

pma