**Van–021** [Notice] (Rev. 08/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

In re:                                                                  **Case No.** 16–70011–JHH
                                                                                         **Chapter** 0

**Debtor(s)**

## NOTICE

SECOND Notice of Deficient Filing or Incorrect Event: PROBLEM:The filer, Michael R. Lunsford, attorney, has entered the Plaintiff as Arthur Terry Hockaday and the Defendant as Nancy Irene Hockaday when filing the AdversaryProceeding. The Plaintiffs according to the PDF/Complaint should be Mash, Inc., Charles Bordenca and Gregory Horn. Also, the Certificate of Service does not comply with Local Rule 90133. (No matrix was attached as stated inthe certificate of service.) A CORRECTIVE ENTRY WAS ENTERED IN THE BANKRUPTCY CASE WHEN IT SHOULD HAVE BEEN ENTERED IN THE ADVERSARY CASE. THE CORRECTIVE ENTRY DID NOT STATE THE NAME(S) OF THE DEFENDANT(S). SOLUTION: The filer, Michael R. Lunsford, attorney, should enter a CORRECTIVE ENTRY in the Adversary Proceeding stating the names of the Plaintiffs and the names of the Defendants (Example – Corrective Entry: Plaintiffs in the case are names of plaintiffs and the Defendant(s) are names of defendants. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)1 Complaint filed by Plaintiff Arthur Terry Hockaday, 2 Notice of Incorrect Event/Filing) (pma)

Dated:   May 27, 2016                                        By:

                                                                       Joseph E. Bulgarella, Clerk
                                                                       United States Bankruptcy Court

pma