1st National Bank of Hamilton
PO Box 760
Hamilton, AL 35570


Anesthesia Services
2151 Old Rocky Ridge Road
Birmingham, AL 35216


AT&T Mobility
PO Box 536216
Atlanta, GA 30353


Baptist Medical Center Princeton
701 Princeton Avenue SW
Birmingham, AL 35211


Belk Synchrony Bank
PO Box 105972
Atlanta, GA 30348


Capital One
PO Box 30285
Salt Lake City, UT 84130


Capital One
PO Box 30285
Salt Lake City, UT 84130


Chase
PO Box 94014
Palatine, IL 60094


Chase Bank
c/o Nationwide Credit Inc.
3835 North Freeway Blvd Suite 115
Sacramento, CA 95834

Chase Bank
c/o Viking Client Services
PO Box 59207
Minneapolis, MN 55459


Chase Credit Card
PO Box 94014
Palatine, IL 60094


Compass Bank
c/o Northland Group
PO Box 129
Thorofare, NJ 08086


Dell Financial Services
PO Box 6403
Carol Stream, IL 60197


Discover Bank
c/o Nathan & Nathan
PO Box 1715
Birmingham, AL 35201


Discover Card
PO Box 71084
Charlotte, NC 28272


Drayer Physical Therapy
42445 Hwy 195
Haleyville, AL 35565


Home Depot
PO Box 182676
Columbus, OH 43218


Ocwen Loan Servicing, LLC
1661 Worthington Road Suite
West Palm Beach, FL 33409

Outpatient Care Center
2720 University Boulevard
Birmingham, AL 35233


Pegasus Emergency Group
PO Box 69018
Baltimore, MD 21268


RAB Incorporated
PO Box 1022
Wixom, MI 48393


S/N Services
323 Fifth Street
Eureka, CA 95501


Shelby Baptist Hospital
c/o Medical Revenue Service
PO Box 1149
Sebring, FL 33871


Shell Citibank
PO Box 9001037
Louisville, KY 40290


Traders and Farmers Bank
PO Drawer 550
Haleyville, AL 35565