# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**
Arthur Terry Hockaday and Nancy Irene Hockaday
    **Debtor(s)**

**Case No.** 15–71962–JHH7

**Chapter** 7

**AP No.** 16–70011–JHH

Gregory Horn
et al.
    **Plaintiff(s)**

vs.

Arthur Terry Hockaday
et al.
    **Defendant(s)**

## NOTICE OF SCHEDULING CONFERENCE

A scheduling conference will be held in the above proceeding pursuant to Federal Rule of Bankruptcy Procedure 7026.

**Date:** Thursday, August 4, 2016      **Time:** 10:00 AM

**Location:** Room 2600, Federal Courthouse, 2005 University Blvd, Tuscaloosa, AL 35401

Dated: June 3, 2016      By:

    Joseph E. Bulgarella, Clerk
    United States Bankruptcy Court

msh