Horn,

      Plaintiff

Adv. Proc. No. 16-70011-JHH

Hockaday,

      Defendant

## CERTIFICATE OF NOTICE

District/off: 1126-7      User: mshughes      Page 1 of 1      Date Rcvd: Jun 03, 2016
                    Form ID: van208      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2016.
```
dft           +Arthur Terry Hockaday,    1215 County Road 19,   Haleyville, AL 35565-7426
pla            Charles Bordenca,    22 INVERNESS PARKWAY, STE. 600,   BIRMINGHAM, AL 35242
pla            Gregory Horn,    22 INVERNESS PARKWAY, STE. 600,   BIRMINGHAM, AL 35242
pla            MASH, Inc.,    22 INVERNESS PARKWAY, STE. 600,   BIRMINGHAM, AL 35242
dft           +Nancy Irene Hockaday,    1215 County Road 19,   Haleyville, AL 35565-7426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2016 at the address(es) listed below:
```
            Michael R. Lunsford   on behalf of Plaintiff Gregory Horn mrl@phm-law.com,  jlw@phm-law.com
            Michael R. Lunsford   on behalf of Plaintiff  MASH, Inc. mrl@phm-law.com,  jlw@phm-law.com
            Michael R. Lunsford   on behalf of Plaintiff Charles  Bordenca mrl@phm-law.com,  jlw@phm-law.com
            Rachel L. Webber     Rachel_Webber@alnba.uscourts.gov,  judy_rice@alnba.uscourts.gov,
            Robin_G_Smith@alnba.uscourts.gov,courtmailtus@alnba.uscourts.gov
            Ralph K Strawn, Jr   on behalf of Defendant Arthur Terry Hockaday rstrawn@srlawfirm.comcastbiz.net
            Ralph K Strawn, Jr   on behalf of Defendant Nancy Irene Hockaday rstrawn@srlawfirm.comcastbiz.net
            Robert L. Shields, III   rls@bhamlawfirm.com,  rmh@bhamlawfirm.com;al04@ecfcbis.com
```
                                                          TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**
Arthur Terry Hockaday and Nancy Irene
Hockaday
   **Debtor(s)**

**Case No.** 15–71962–JHH7

**Chapter** 7

**AP No.** 16–70011–JHH

Gregory Horn
et al.
   **Plaintiff(s)**
vs.
Arthur Terry Hockaday
et al.
   **Defendant(s)**

## NOTICE OF SCHEDULING CONFERENCE

A scheduling conference will be held in the above proceeding pursuant to Federal Rule of
Bankruptcy Procedure 7026.

**Date: Thursday, August 4, 2016**   **Time: 10:00 AM**

**Location: Room 2600, Federal Courthouse, 2005 University Blvd, Tuscaloosa, AL 35401**

Dated: June 3, 2016     By:

        Joseph E. Bulgarella, Clerk
        United States Bankruptcy Court

msh